# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. CV122-137 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## RULE 26(f)  REPORT

1.   Date of Rule 26(f) conference:   _____

2.   Parties or counsel who participated in conference:

_____

_____

_____

3.   If any defendant has yet to be served, please identify the defendant and state when service is expected.

_____

4.   Date the Rule 26(a)(1) disclosures were made or will be made:

_____

5.   If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,

   (a)   Identify the party or parties making the objection or proposal:

_____

_____

_____

   (b)   Specify the objection or proposal:

_____

_____

_____

6.   The Local Rules provide a 140-day period for discovery.  If any
      party is requesting additional time for discovery,

      (a)   Identify the party or parties requesting additional time:

      _____

      _____

      _____

      (b)   State the number of months the parties are requesting for
             discovery:

                                                    _____

months

      (c)   Identify the reason(s) for requesting additional time for
             discovery:

             _____   Unusually large number of parties

             _____   Unusually large number of claims or defenses

             _____   Unusually large number of witnesses

             _____    Exceptionally complex factual  issues

             _____   Need for discovery outside the United States

             _____   Other: _____

      (d)   Please provide a brief statement in support of each of the
             reasons identified above:

      _____

      _____

      _____

_____
_____
_____
_____

7.  If any party is requesting that discovery be limited to particular
    issues or conducted in phases, please

    (a)  Identify the party or parties requesting such limits:

         _____

         _____

         _____

    (b)  State the nature of any proposed limits:

         _____

         _____

         _____

8.  The Local Rules provide, and the Court generally imposes, the
    following deadlines:

    Last day for filing motions to add          60 days after issue is joined
    or join parties or amend pleadings

    Last day to furnish expert witness          60  days after Rule26(f)
    report by plaintiff                                   conference

    Last day to furnish expert witness          90 days after Rule 26(f)
    report by a defendant                                  conference (or
                                                           60 days
                                                after the answer,
                                                whichever is later)

Last day to file motions                  30 days after close of
                                          discovery

If any party requests a modification of any of these deadlines,

(a)   Identify the party or parties requesting the modification:

_____

_____
_____

(b)   State which deadline should be modified and the reason
      supporting the request:

_____
_____
_____
_____
_____


9.   If the case involves electronic discovery,

(a)   State whether the parties have reached an agreement
      regarding the preservation, disclosure, or discovery of
      electronically stored information, and if the parties prefer to
      have their agreement memorialized in the scheduling order,
      briefly describe the terms of their agreement:

_____

_____

(b)   Identify any issues regarding electronically stored
      information as to which the parties have been unable to
      reach an agreement:

_____

_____

_____

10.    If the case is known to involve claims of privilege or protection of trial preparation material,

    (a)    State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

_____

_____

    (b)    Briefly describe the terms of any agreement the parties wish to have memorialized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

_____

_____

    (c)    Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

_____

_____

_____

11.    State any other matters the Court should include in its scheduling order:

_____

_____

12.    The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and

the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

_____

_____

_____

This _____ day of _____,   2017.

Signed: _____

*Attorney for Plaintiff*

_____

*Attorney for Defendant*