UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Statesboro Division

RAIZA ROJAS

vs

KATHY HENDRIX

CASE NUMBER 6:23-cv-00045

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This 30th day of October, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA